UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julieann L.,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 5:23-cv-525-CAS-ADS<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $6850.00.

**IT IS SO ORDERED**.

DATED:   06/14/2024                    /s/ Autumn D. Spaeth
                                       HON. AUTUMN D. SPAETH
                                       UNITED STATES MAGISTRATE JUDGE